# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00115-CV

**John Mining d/b/a Fast Action Bail Bonds, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 2 OF HAYS COUNTY, NO. 7319-C, HONORABLE LINDA RODRIGUEZ, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant John Mining has filed a notice of bankruptcy stay with an attached copy of his petition filed in the bankruptcy court. The filing of the bankruptcy petition automatically stays these proceedings. *See* 11 U.S.C. § 362(a) (2004); Tex. R. App. P. 8.2. Accordingly, we abate Mining's appeal. It is the parties' responsibility to notify the Court as soon as possible if an event occurs that would allow reinstatement. *See* Tex. R. App. P. 8.3.

Bea Ann Smith, Justice

Before Justices B. A. Smith, Puryear and Waldrop

Filed: May 11, 2006